UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-81329-ROSENBERG/REINHART

PATRICIA MENGESHA, *individually and on behalf of all others similarly situated*, *et al.*,

    Plaintiffs,

v.

BITCONNECT INTERNATIONAL PLC, *et al.*,

    Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Section 2.15.00(c) of the Court's Internal Operating Procedures due to lower-numbered case 9:18-cv-80086-DMM involving a subject matter which is a material part of the subject matter of the instant action, and subject to consent given below, it is:

**ORDERED** that the above-styled matter is transferred to the calendar of the Honorable Judge Donald M. Middlebrooks for all further proceedings.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of October, 2018.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number 9:18-cv-81329-DMM, thereby indicating the Judge to whom all pleadings shall be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 26th day of October, 2018.

_____
Donald M. Middlebrooks
United States District Judge


cc: Judge Donald M. Middlebrooks
     Judge Robin L. Rosenberg
     All counsel of Record